1   COBLENTZ PATCH DUFFY & BASS LLP
    JEFFREY G. KNOWLES (State Bar No. 129754)
2   ef-jgk@cpdb.com
    JULIA D. GREER (State Bar No. 200479)
3   ef-jdg@cpdb.com
    MARK L HEJINIAN (State Bar No. 281417)
4   ef-mlh@cpdb.com
    One Ferry Building, Suite 200
5   San Francisco, California 94111-4213
    Telephone:  415.391.4800
6   Facsimile:  415.989.1663

7   LINDQUIST & VENNUM LLP
    DANIEL J. SCHWARTZ (MN Bar #388907) (Admitted *Pro Hac Vice*)
8   dschwartz@lindquist.com
    BRYAN A. WELP (MN Bar #391413) (Admitted *Pro Hac Vice*)
9   bwelp@lindquist.com
    4200 IDS Center
10  80 South Eighth Street
11  Minneapolis, MN  55402
    Telephone:  (612) 371-3211
12
    Attorneys for Plaintiff
13  FIDELITY & GUARANTY  LIFE
           INSURANCE COMPANY
14

15

16              **UNITED STATES DISTRICT COURT**

17             **EASTERN DISTRICT OF CALIFORNIA**

                 **SACRAMENTO DIVISION**
18

19  FIDELITY & GUARANTY LIFE INSURANCE          Case No.:  2:14-CV-01837-JAM-CKD
20  COMPANY

21            Plaintiff,                        **STIPULATION  AND  ORDER
                                                STAYING THE CASE**
22  v.

23  BETTY YEE, in her official capacity as
    CONTROLLER OF THE STATE OF              Complaint filed:   August 5, 2014
24  CALIFORNIA,
                                            Trial date:        January 23, 2017
25            Defendant.

26

27

28

    15723.001 3064052v1                                      2:14-CV-01837-JAM-CKD

         **STIPULATION  AND [PROPOSED] ORDER STAYING THE CASE**

COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200, San Francisco, California 94111-4213
415.391.4800  •  Fax 415.989.1663

1   WHEREAS, Defendant California Controller Betty Yee (the "Controller") seeks to

2   conduct an audit of Plaintiff Fidelity & Guaranty Life Insurance Company ("FGLIC") to identify

3   unreported escheatable property to the State of California;

4   WHEREAS, FGLIC believes that the proposed audit violates the United States

5   Constitution;

6   WHEREAS, FGLIC has appealed this Court's denial of its Motion for Preliminary

7   Injunction (Dkt. 36) to the Ninth Circuit Court of Appeals (the "Ninth Circuit Appeal");

8   WHEREAS, there are three currently pending actions in California state court between life

9   insurance companies and the Controller regarding proposed audits ("pending life insurance

10   cases"):[1]

11   - *Chiang v. American National Insurance Company*,  Sacramento County Superior

12   Court Case No. 34-2013-00144517, filed May 7, 2013, currently on appeal in

13   *Chiang etc., et al. v. American National Insurance Company*, Third Appellate

14   District Case No. C075248, filed November 18, 2013;

15   - *Chiang v. Kemper Corporation*, Sacramento County Superior Court Case No. 34-

16   2013-00148154, filed July 17, 2013; and

17   - *Thrivent Financial for Lutherans v. Chiang, et al.*, San Francisco County Superior

18   Court Case No. CGC-13-535156, filed October 13, 2013;

19   WHEREAS, the Controller believes the outcome of the pending life insurance cases may

20   affect the current litigation and wishes to devote its resources to those cases;

21   WHEREAS, the parties desire and agree to stay the current litigation pending the final

22   resolution of the aforementioned pending life insurance cases including any and all appeals;

23   WHEREAS, the parties are simultaneously seeking a stay of the Ninth Circuit Appeal for

24   the same period of time;

25

26   [1] A fourth case filed by FGLIC against the Controller in San Francisco County Superior Court
(*Fidelity & Guaranty Life Insurance Company v. Chiang*, San Francisco County Superior Court
27   Case No. CGC-14-540953, filed August 5, 2014) is to be dismissed without prejudice pursuant to
an agreement between the parties.
28

COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200, San Francisco, California 94111-4213
415.391.4800  •  Fax 415.989.1663

15723.001 3064052v1                                                      2:14-CV-01837-JAM-CKD

**STIPULATION  AND [PROPOSED] ORDER STAYING THE CASE**

COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200, San Francisco, California 94111-4213
415.391.4800 • Fax 415.989.1663

1      IT IS THEREFORE STIPULATED AND AGREED THAT:

2      (1)      the above-captioned case should be stayed pending the final resolution of the

3  pending life insurance cases, including the exhaustion of any and all appeals, and in any case, for a

4  period of no less than two years; and

5      (2)      the parties will submit a joint case management statement on March 1, 2017, and

6  subsequent joint case management statements every six months thereafter, to update the Court

7  regarding the procedural status of the pending life insurance cases and any and all applicable

8  appeals.

9

10  DATED:  February 27, 2015          COBLENTZ PATCH DUFFY & BASS LLP

11
                                       By:    /s/ Jeffrey G. Knowles
12                                     Jeffrey G. Knowles
                                       Attorneys for Plaintiff
13                                     FIDELITY & GUARANTY LIFE INSURANCE
                                       COMPANY
14

15
     DATED:  February 27, 2015          KAYE SCHOLER LLP
16

17                                     By:    /s/ Steven S. Rosenthal
                                       Steven S. Rosenthal
18                                     Attorneys for Defendant BETTY YEE,
                                       in her official capacity as CALIFORNIA STATE
19                                     CONTROLLER

20

21                                     **ORDER**

22

23  **GOOD CAUSE APPEARING, IT IS SO ORDERED.**

24

25  Dated: 2/27/2015                   /s/ John A. Mendez
                                       HON. JOHN A. MENDEZ
26                                     UNITED STATES DISTRICT COURT JUDGE

27

28

15723.001 3064052v1                         2                    2:14-CV-01837-JAM-CKD
              **STIPULATION AND [PROPOSED] ORDER STAYING THE CASE**